UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DWAYNE YOUNG,

                Petitioner,

-against-

ROY GIRDICH, Superintendent of
Franklin Correctional Facility,

                Respondent.
-----------------------------------------------------------------X

JUDGMENT
02-CV- 4851 (JBW)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.

★ OCT 1 2 2006 ★

P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on October 4, 2006, denying the petition for a writ of habeas corpus; and denying a Certificate of Appealability; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that a Certificate of Appealability is denied.

Dated: Brooklyn, New York
       October 04, 2006
           12

                                        ROBERT C. HEINEMANN
                                        Clerk of Court

                                        By Chief Deputy